UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALSH CONSTRUCTION COMPANY,<br>    Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br>RSUI INDEMNITY COMPANY and<br>DEMTECH, LLC,<br>    Defendants. | Case No. 20-CV-11469-LTS |

**STIPULATION OF DISMISSAL**

NOW COMES all parties appearing in the above-captioned action, and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of all claims and counterclaims, all rights of appeal being waived, and each party to bear their respective attorneys' fees and costs.

| WALSH CONSTRUCTION COMPANY | LEXINGTON INSURANCE COMPANY |
|---|---|
| By its attorneys, | By its attorneys, |
| | |
| /s/ Steven Shane Smith | /s/ Robert D. Laurie |
| Francis A. Shannon, III, Esq. | Robert D. Laurie, Esq. |
| BBO # 560651 | BBO # 648456 |
| fashannon@shannonlawassociates.com | rlaurie@gllawgroup.com |
| Steven Shane Smith, Esq. | Gfeller Laurie LLP |
| BBO # 630713 | 977 Farmington Avenue, Suite 200 |
| sssmith@shannonlawassociates.com | West Hartford, CT 06107 |
| Shannon Law Associates, Inc. | (860) 760-8400 |
| 21 McGrath Highway, Suite 406 | |
| Quincy, MA 02169 | |
| (617) 479-1313 | |

Date: February 17, 2021

2

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I served a true copy of the above document upon the following parties by electronically filing through this Court's CM/ECF filing system, this 17th day of February, 2021:

Robert D. Laurie, Esq.
Gfeller Laurie LLP
977 Farmington Avenue, Suite 200
West Hartford, CT 06107

                                                          /s/ Steven Shane Smith
                                                  Francis A. Shannon, III, Esq.
                                                  Steven Shane Smith, Esq.

8306:017:stipulation dismissal